

**ARLAN'S DEPARTMENT STORES, INC.,
and Bobby Perry**

v.

**Thelma BARNES.**

Court of Appeals of Kentucky.

April 19, 1974.

Rehearing Denied June 21, 1974.

William D. Grubbs, Woodward, Hobson & Fulton, Louisville, for appellants.

Freeman D. Blackwell, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner RALPH N. WALTER, Affirming.*

---

**Donald Huston SCHOENBAECHLER,
Appellant,**

v.

**Rabon VINCENT and United States Fidelity & Guaranty Company, Appellees.**

Court of Appeals of Kentucky.

April 19, 1974.

Rehearing Denied June 21, 1974.

Hugh K. Campbell, Louisville, for appellant.

Marshall B. Woodson, Jr., Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

---

**Mack ROBERTS, Appellant,**

v.

**LEROY HIGHBAUGH CONSTRUCTION COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

May 3, 1974.

Rehearing Denied June 28, 1974.

John F. Stewart, Robert M. Lindsay, Segal, Isenberg, Sales & Stewart, Louisville, for appellant.

Joseph C. O'Bryan, Carey & O'Bryan, Louisville, J. Keller Whitaker, Department of Labor, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

---

* Opinion ordered not to be published.